M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
Carolyn M. Afari (Bar No. 283681)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com
carolyn@SRHLawFirm.com

*Attorneys for Debtor*
Danilo Labid

FILED & ENTERED

OCT 17 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DANILO LABID,<br><br>Debtor. | Case No. 8:12-bk-20156-SC<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**<br><br>***Plan Confirmation Hearing:***<br>Date:  October 10, 2013<br>Time:  11:00 a.m.<br>Place:  411 W. Fourth Street<br>         Courtroom 5C<br>         Santa Ana, CA 92701 |

The hearing on confirmation of the First Amended Plan of Reorganization of the Debtor and Debtor-in-Possession, Danilo Labid ("Debtor"), came on regularly for hearing on October 10, 2013, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge.

Upon consideration of the Debtor's Plan Confirmation Brief, the declarations and evidence submitted in connection therewith, the record in the Debtor's Chapter 11 case, the arguments and representations of counsel, and there being no written objections, and good cause appearing therefore, the Court finds;

1

1. That the requirements for confirmation set forth in 11 U.S.C. §1129(a) and (b) have been satisfied;

2. That the Plan complies with the applicable provisions of Chapter 11 of the Code;

3. That the Debtor, as proponent of the Plan, has complied with the applicable provisions of the Code;

4. That the Plan has been proposed in good faith and not by any means forbidden by law;

5. That any payment made or promised by the Debtor for services or for costs and expenses in, or in connection with the case or in connection with the Plan and incident to the case, have been disclosed to the Court; and

6. Any such payment made before confirmation of the Plan is reasonable or if such payment is to be fixed after confirmation of the Plan, such payment is subject to the approval of the Court as reasonable;

7. That with respect to each class, each holder of a claim or interest of such class has accepted the Plan or will receive or retain under the Plan on account of such claim or interest property of value, as of the effective date of the Plan, that is not less than the amount that such holder would so receive or retain if the Debtor were to liquidate under Chapter 7;

8. That with respect to each class, such class has accepted the Plan or such class is not impaired under the Plan;

9. That as to any class that has not accepted the Plan and is impaired, all the elements of §1129(b) have been met;

10. That, except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the Plan provides that:

a) With respect to claim of a kind specified in §507(a)(1) of Code, on the effective date of the Plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim or has agreed to treatment otherwise;

2

11. That at least one class of claims has accepted the Plan, determined without including any acceptance of the Plan by an insider holding an claim of such class;

12. That Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

IT IS ORDERED that:

1. The Plan filed by the Debtor is hereby confirmed and approved by this Court, conditioned upon the Debtor's payment of all outstanding quarterly fees to the Office of the United States Trustee;

2. The Debtor shall distribute all property to be distributed pursuant to the terms of the Plan. The Debtor may employ or contract with other entities including attorneys to assist in or to perform the distribution of said property as provided for in the Plan;

3. Upon the substantial consummation of the Plan, the Debtor shall file an Application for a Final Decree as required by Federal Rule of Bankruptcy Procedure 3022;

4. The Effective Date of the Plan shall be the 14th day following the entry of this Order, with Plan payments starting on the first day of the following month;

5. Costs owing by the Debtor to the Court Clerk, if any, shall be paid forthwith if not already paid. Fees owing to the Office of the United States Trustee, if any, will be paid until the issuance of the Final Decree;

6. <u>A Post Confirmation Status Conference re Chapter 11 Plan is set for March 20, 2014 at 11:00 a.m.</u>

7. The Debtor must file a Post Confirmation Status Report prior to the Post Confirmation Status Conference, explaining what progress has been made toward consummation of the confirmed Plan of Reorganization. The Post Confirmation Status

3

**SIMON RESNIK HAYES LLP**

**ORDER CONFIRMING CHAPTER 11 PLAN**

Report must be served on the United States Trustee, the twenty (20) largest unsecured creditors, and those parties who have requested special notice. Further Reports must be filed every 180 days thereafter and served on the same entities, unless otherwise ordered by the Court and until a Final Decree has been entered. The Post Confirmation Status Report shall include at least the following information:

    a. A schedule listing for each debt and each class of claims; the total amount required to be paid under the Plan; the amount required to be paid as of the date of the Post Confirmation Status Report; the amount actually paid as of the date of the Post Confirmation Status Report; and the deficiency, if any, in required payments;

    b. A schedule of any and all post-confirmation tax liabilities that have accrued or come due, and a detailed explanation of payments thereon;

    c. An estimate of the date for Plan consummation and application for Final Decree; and

    d. Any other pertinent information needed to explain the progress toward completion of the confirmed Plan.

###

Date: October 17, 2013

Scott C. Clarkson
United States Bankruptcy Judge

SIMON RESNIK HAYES LLP

**ORDER CONFIRMING CHAPTER 11 PLAN**

4

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **10/17/2013** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Brandon J Anand    brandon@anandlaw.com
- Dolores Garcia    dgarcia@portfoliorecovery.com
- Nichole Glowin    nglowin@wrightlegal.net, bkgroup@wrightlegal.net
- Michael J Hauser    michael.hauser@usdoj.gov
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;shawnj@srhlawfirm.com;rosarioz@srhlawfirm.com;jhayesecf@gmail.com;j@alkazian.com
- John H Kim    jkim@cookseylaw.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Kelly M Raftery    bknotice@mccarthyholthus.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- David J Warner    David.J.Warner@irscounsel.treas.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page